# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**537**

**CAF 11-01312**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF CHAD A. WALTERS,
PETITIONER-RESPONDENT,

                          V                                    ORDER

ARLOA WEST, RESPONDENT-APPELLANT.

---

ROBERT A. DINIERI, CLYDE, FOR RESPONDENT-APPELLANT.

ELIZABETH A. SAMMONS, WILLIAMSON, FOR PETITIONER-RESPONDENT.

-------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), dated March 31, 2011 in a proceeding pursuant to Family Court Act article 6. The order awarded custody of the parties' children to petitioner.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  April 20, 2012                          Frances E. Cafarell
                                                  Clerk of the Court